1024

[No. 31868-1-III.  Division Three.  June 7, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY JAMES WEYAND, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00035-4, Vic L. VanderSchoor, J., entered August 8, 2013. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33060-5-III.  Division Three.  June 9, 2016.]

LARRY B. JUDD ET AL., *Appellants*, v. RON JOHNS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-2-04719-3, Maryann C. Moreno, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Lawrence-Berrey, A.C.J., and Korsmo, J.

[No. 33271-3-III.  Division Three.  June 9, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN JOSE SERRANO BERRIOS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 14-1-00514-1, Evan E. Sperline, J., entered March 30, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33350-7-III.  Division Three.  June 9, 2016.]

M.A. MORTENSON COMPANY, *Appellant*, v. KURT R. FOWLER ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 13-2-00546-2, Ted W. Small, J., entered May 14, 2015. *Affirmed* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Siddoway, J.